BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DIAMOND LA SHAY HART,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case NO. 2:12-CV-01628-GGH<br><br>ORDER |

    Based upon Defendant's Motion to Extend, IT IS ORDERED that Defendant shall have until December 13, 2012, to respond to Plaintiff's Complaint.

Dated: 11/15/12

                              /s/ Gregory G. Hollows

                              U.S. Magistrate Judge