IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIAMOND LA'SHAY HART,

    Plaintiff,                No. 2:12-cv-1628 AC

    vs.

MICHAEL J. ASTRUE,          ORDER
Commissioner of Social Security,

    Defendant.
_____/

        On July 3, 2012, the previously assigned magistrate judge issued a scheduling order setting forth the deadline for filing the administrative record and answer to the complaint. ECF No. 7. The scheduling order also provided the deadlines for the parties to file motions for summary judgment. Id. However, on December 11, 2012, defendant filed a motion to dismiss this action as untimely. EFC No. 17. Accordingly, the deadlines set forth in the July 3 scheduling order are suspended[1] and the following briefing schedule issues:

        1. On or before February 26, 2013, plaintiff shall file an opposition or statement

---

[1] If defendant does not prevail on its motion to dismiss, the undersigned will set forth new deadlines for the parties to submit motions for summary judgment.

1

of non-opposition to defendant's motion to dismiss; and

    2. On or before March 26, 2013, defendant may file a reply to any opposition filed by plaintiff;

SO ORDERED.

DATED: January 28, 2013.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE