1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  DIAMOND LA'SHAY HART,

12              Plaintiff,                    No. 2:12-cv-1628 AC

13        vs.

14  CAROLYN W. COLVIN,[1]
    Commissioner of Social Security,
15
                Defendant.                    ORDER
16
    _____/
17

18              On December 11, 2012, defendant moved to dismiss plaintiff's complaint on the

19  ground that plaintiff failed to timely file this action.  ECF No. 17.  On January 28, 2013, the

20  undersigned issued a scheduling order directing plaintiff to file an opposition or statement of

21  non-opposition to defendant's motion to dismiss by February 26, 2013.  ECF No. 19.  As of the

22  date of this order, plaintiff has not filed an opposition or statement of non-opposition.

23  ////

24  _____

25       [1]  Michael J. Astrue was previously named as defendant.  Carolyn W. Colvin is presently
    the acting Commissioner of Social Security.  Accordingly, the court now substitutes in Carolyn
26  W. Colvin as defendant.  *See* Fed. R. Civ. P. 25(d).

                                              1

1        Accordingly, IT IS HEREBY ORDERED that, within 14 days of the date of this

2   order, plaintiff shall comply with the January 28, 2013 order.  Plaintiff is warned that failure to

3   comply with this order will result in a recommendation that this action be dismissed.

4   DATED: March 6, 2013.

5

6   ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26