IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIAMOND LA'SHAY HART,

    Plaintiff,

vs.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

                                 /

No. 2:12-cv-1628 AC

ORDER AND
FINDINGS AND RECOMMENDATIONS

        On December 11, 2012, defendant moved to dismiss plaintiff's complaint on the ground that plaintiff failed to timely file this action. ECF No. 17. On January 28, 2013, the undersigned issued a scheduling order directing plaintiff to file an opposition or statement of non-opposition to defendant's motion to dismiss by February 26, 2013. ECF No. 19. Plaintiff failed to timely file an opposition or statement of non-opposition. On March 7, 2013, the undersigned provided plaintiff an additional 14 days to comply with the January 28, 2013 order. ECF No. 20. Plaintiff was warned that failure to comply with the order would result in a recommendation that this action be dismissed. Id. The period for compliance has run, and

////

1

1  plaintiff has not filed an opposition or statement of non-opposition to defendant's motion to
2  dismiss.
3        Accordingly, it is hereby ORDERED that the Clerk randomly assign this case to a
4  United States District Judge.
5        Further, it is RECOMMENDED that:
6        1. This action be dismissed pursuant to Federal Rule of Civil Procedure 41(b),
7  based on plaintiff's failure to prosecute the action and to comply with court orders and Local
8  Rules; and
9        2. The Clerk be directed to close the case.
10        These findings and recommendations are submitted to the United States District
11 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
12 days after being served with these findings and recommendations, any party may file written
13 objections with the court and serve a copy on all parties.  Such a document should be captioned
14 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
15 within the specified time may waive the right to appeal the District Court's order.  Turner v.
16 Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: April 15, 2013.

                                    _____
                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE